IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| CLAUDETTE J. SMITH | CASE NO. 11-19660 |
| Debtor | ADVERSARY CASE NO. |
| | JUDGE ARTHUR I. HARRIS |
| WALDEMAR J. WOJCIK, TRUSTEE<br>526 Superior Ave., #1030<br>Cleveland, OH 44114<br><br>Plaintiff | **TRUSTEE'S COMPLAINT TO REVOKE & DENY DISCHARGE TO DEBTOR AND FOR MONETARY JUDGMENT** |
| -vs- | |
| CLAUDETTE J. SMITH<br>2078 Taylor Rd.<br>Cleveland, OH 44112<br><br>Defendant | All Documents Regarding This Matter Must Be Identified By Both Adversary and Bankruptcy Case Number and By Name of Judge |

Waldemar J. Wojcik, the Plaintiff herein, by and through counsel, and for his Complaint against the within named Defendant-Debtor says as follows:

1) This Complaint commences an adversary proceeding as defined in Bankruptcy Rule 7001. Jurisdiction is properly vested with this Court pursuant to 28 U.S.C. §1334 and §1471, inasmuch as the matter arises out of and is related to the above captioned Bankruptcy case. This is a "core proceeding" under 28 U.S.C. §157(b)(2)(J).

2) Plaintiff is the duly appointed, qualified and acting Trustee in the instant Chapter 7 case, having been appointed by this Court on or about 11/13/11.

3) The Debtor commenced her Voluntary Chapter 7 Petition herein as Case No. 11-19660 on 11/13/11.

4) On 4/9/12, this Court entered an Order granting Trustee's Motion for Turnover of Nonexempt Funds in the amount of $1,985.57, which amount Debtor was ordered to turnover immediately upon entry of the Order.

5) That the Debtor has failed to comply with the Turnover Order and has failed to tender any portion of the turnover amount, including affording the Debtor an opportunity to replace those funds with her 2012 tax refunds.

6) That the Debtor's conduct as aforementioned is in violation of 11 U.S.C. §727(d)(3), thereby justifying revocation of the Discharge Order entered in this case on 2/22/12.

7) That the Debtor's conduct as aforementioned constitutes a violation of 11 U.S.C. §727(a)(2)(B), (a)(3), (a)(4)(D) and (a)(6)(A), thereby justifying denial of Discharge to the Debtor in these proceedings.

WHEREFORE, Plaintiff-Trustee prays that this Court enter its Order revoking the previously entered Discharge Order herein pursuant to 11 U.S.C. §727(d)(3), denying a Discharge to the Debtor pursuant to one or more of the subsections of 11 U.S.C. §727 identified hereinabove, and entering a judgment in favor of Plaintiff-Trustee against the Defendant-Debtor in the sum of $1,985.57, plus the Court costs of this action, upon which execution may issue.

Respectfully submitted,

Waldemar Wojcik Co., L.P.A.

/s/ Waldemar J. Wojcik

Waldemar J. Wojcik (#0021824)
Attorney for Trustee
526 Superior Ave., #1030
Cleveland, OH 44114
Phone (216) 241-2628
Fax (216) 621-0408