IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| CLAUDETTE J. SMITH | CASE NO. 11-19660 |
| Debtor | ADVERSARY CASE NO. 13-1129 |
| | JUDGE ARTHUR I. HARRIS |
| WALDEMAR J. WOJCIK, TRUSTEE | |
| Plaintiff | |
| -vs- | |
| CLAUDETTE J. SMITH<br>Defendant | All Documents Regarding This Matter Must Be Identified By Both Adversary and Bankruptcy Case Number and By Name of Judge |

**APPLICATION FOR ENTRY OF DEFAULT**

Pursuant to Bankruptcy Rule 705 and Fed. R. 55(a), Plaintiff requests that the Clerk of this Court enter the default of Defendant, Claudette J. Smith, for failure to defend or otherwise move in this action. A declaration is also being submitted in support of this application for entry of judgment.

Respectfully submitted,

Waldemar Wojcik Co., L.P.A.

/s/ Waldemar J. Wojcik

WALDEMAR J. WOJCIK (#0021824)
Attorney for Trustee
526 Superior Ave., #1030
Cleveland, Ohio 44114
Phone: (216) 241-2628
Fax: (216) 621-0408

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2013 a copy of the foregoing Application for Entry of Default was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, including David S. Bartos, Attorney for Debtor, via ECF Email: legaladvicehere@aol.com. Parties may access this filing through the Court's system.

Also a copy has been forwarded by regular U.S. Mail postage prepaid to Defendant, Claudette J. Smith, 2078 Taylor Road, Cleveland, OH 44112

/s/ Waldemar J. Wojcik

WALDEMAR J. WOJCIK,
Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| CLAUDETTE J. SMITH | CASE NO. 11-19660 |
| Debtor | ADVERSARY CASE NO. 13-1129 |
| | JUDGE ARTHUR I. HARRIS |
| WALDEMAR J. WOJCIK, TRUSTEE | |
| Plaintiff | |
| -vs- | |
| CLAUDETTE J. SMITH | All Documents Regarding This Matter Must Be Identified By Both Adversary and Bankruptcy Case Number and By Name of Judge |
| Defendant | |

**DECLARATION**

I, Waldemar J. Wojcik, pursuant to 11 U.S.C. §1746, declare the following:

1. I am the Plaintiff in this adversary proceeding.
2. The statements set forth are based upon my personal knowledge, and are true and correct to the best of my knowledge, information and belief.
3. The Summons of Defendant, Claudette J. Smith, was issued by the Court on 6/14/2013.
4. The Summons and Complaint were served on 6/17/2013 by ordinary U.S. Mail, postage prepaid upon the Defendant, Claudette J. Smith, at 2078 Taylor Road, Cleveland, OH 44112; and upon David S. Bartos, Attorney for Debtor, at 20220 Center Ridge Road, Suite 320, Rocky River, OH 44116.
5. A responsive pleading was due within 30 days by 7/17/2013.
6. Defendant, Claudette J. Smith, has failed to plead or otherwise defend in this action, and the time to do so has expired.
7. To the best of my knowledge, information and belief, Defendant, Claudette J. Smith, is neither an infant or an incompetent person, nor is Defendant in the military service within the purview of the Service Members Civil Relief Act, 50 U.S.C. App. §501 et seq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/26/2013

Respectfully submitted,

Waldemar Wojcik Co., L.P.A.

/s/ Waldemar J. Wojcik

WALDEMAR J. WOJCIK (#0021824)
Attorney for Trustee
526 Superior Ave., #1030
Cleveland, Ohio 44114
Phone: (216) 241-2628
Fax: (216) 621-0408

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013 a copy of the foregoing Declaration was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, including David S. Bartos, Attorney for Debtor, via ECF email: legaladvicehere@aol.com. Parties may access this filing through the Court's system.

Also a copy has been forwarded by regular U.S. Mail, postage prepaid to Defendant, Claudette J. Smith, 2078 Taylor Road, Cleveland, OH 44112.

/s/ Waldemar J. Wojcik
__________________________________
WALDEMAR J. WOJCIK,
Attorney for Trustee