IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| CLAUDETTE J. SMITH | CASE NO. 11-19660 |
| Debtor | ADVERSARY CASE NO. 13-1129 |
| | JUDGE ARTHUR I. HARRIS |
| WALDEMAR J. WOJCIK, TRUSTEE | |
| Plaintiff | |
| -vs- | |
| CLAUDETTE J. SMITH | All Documents Regarding This Matter Must Be Identified By Both Adversary and Bankruptcy Case Number and By Name of Judge |
| Defendant | |

**TRUSTEE'S MOTION FOR DEFAULT JUDGMENT**

Pursuant to Bankruptcy Rule 7055 and Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff–Trustee respectfully requests that this Court enter a default judgment against the Defendant-Debtor, Claudette J. Smith, herein. Plaintiff seeks a declaration by this Court that the Debtor's previously entered Discharge should be revoked and that Discharge should be denied to the Debtor through these proceedings for failure to comply with this Court's previously entered Order.

Respectfully submitted,

Waldemar Wojcik Co., L.P.A.

/s/ WALDEMAR J. WOJCIK

WALDEMAR J. WOJCIK (0021824)
Attorney for Trustee
526 Superior Avenue, Suite 1030
Cleveland, Ohio 44114
Phone: (216) 241-2628
Fax: (216) 621-0408

## BRIEF IN SUPPORT

On 6/13/2013, Waldemar J. Wojcik, Trustee filed his Adversary Complaint against Claudette J. Smith, the Defendant-Debtor herein. The Complaint seeks the revocation of the Discharge Order previously entered on 2/22/12 by this Court and a denial of Discharge to the Defendant-Debtor, all pursuant to 11 U.S.C. §727(d)(3), (a)(2)(B) and (a)(6)(A).

Plaintiff served the Summons as issued by this Court and his Complaint on 6/17/2013 by ordinary U.S. Mail postage prepaid upon the Defendant, Claudette J. Smith, at 2078 Taylor Road, Cleveland, OH 44112, and upon David S. Bartos, Attorney for Debtor, at 20220 Center Ridge Road, Suite 320, Rocky River, OH 44116.

The Defendant, Claudette J. Smith, has not filed an Answer and the Clerk entered a default against said Defendant on 7/26/13.

Plaintiff-Trustee's allegations in his Adversary Complaint are uncontroverted. The remedy available under the Bankruptcy Code for the Defendant's non-compliance with this Court's Order is revocation and denial of Discharge.

Consequently, Plaintiff-Trustee respectfully requests this Court to enter default judgment in his favor and against the Defendant-Debtor, Claudette J. Smith, herein revoking her previously entered Discharge Order and denying her a Discharge through this Bankruptcy proceeding.

Respectfully submitted,

Waldemar Wojcik Co., L.P.A.

/s/ WALDEMAR J. WOJCIK

WALDEMAR J. WOJCIK (0021824)
Attorney for Trustee
526 Superior Avenue, Suite 1030
Cleveland, Ohio 44114
Phone: (216) 241-2628
Fax: (216) 621-0408

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Default Judgment with Brief in Support attached thereto was served on August 2, 2013 by ordinary U.S. Mail, postage prepaid and/or by ECF email upon those parties who received notice through the Court's electronic filing system, including upon the following:

Claudette J. Smith, Defendant-Debtor
2078 Taylor Road
Cleveland, OH 44112

David S. Bartos, Attorney for Debtor (via ECF email: legaladvicehere@aol.com)

Office of U.S. Trustee (via ECF email: Registered address @usdoj.gov)

/s/ Waldemar J. Wojcik
___________________________________
WALDEMAR J. WOJCIK,
Attorney for Trustee